**Colin E. COTA, Plaintiff—Appellant,**

v.

**Gene JOHNSON; Fred Schilling; Paul Greene; D.A. Braxton; J. Armentrout; C.E. Yates; John Does, Defendants—Appellees.**

No. 04–7895.

United States Court of Appeals, Fourth Circuit.

Submitted April 20, 2005.

Decided April 29, 2005.

---

Colin E. Cota, Appellant pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia; Peter Duane Vieth, Wootenhart, P.L.C., Roanoke, Virginia, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Colin E. Cota appeals the district court's order adopting in part the report and recommendation of the magistrate judge and granting summary judgment to Defendants as to Cota's claims under 42 U.S.C. § 1983 (2000) of deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm on the reasoning of the district court. *See Cota v. Johnson,* No. CA–03–782–SGW (W.D.Va. filed Nov. 5, 2004; entered Nov. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*